IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN M. VOIGT,<br><br>Defendant,<br><br>BUDGET BICYCLE CENTER,<br><br>Garnishee Defendant. | Case No. 03-CR-105-C-01 |

**STIPULATION FOR DISPOSITION ORDER**
**FOR WRIT OF CONTINUING GARNISHMENT**

The parties, The United States of America, the defendant, Dean M. Voigt, and the garnishee defendant, Budget Bicycle Center, agree and stipulate as follow:

1. The defendant's name is Dean M. Voigt, Social Security Number is xxx-xx-2882 and his last know address is: Madison, Wisconsin.

2. A judgment was entered against the defendant, Dean M. Voigt, in this action in the amount of $4,604.00. The total balance due on the judgment as of January 7, 2009, is $4,329.78 with interest accruing at the legal federal rate.

3. The garnishee defendant, Budget Bicycle Center has in its possession, custody or control property of the defendant in the form of wages paid to the

defendant, Dean M. Voigt.

4. The defendant, Dean M. Voigt, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection procedures Act of 1990, 28 U.S.C. § 3205, and further waives his right to a hearing under the § 3205 and any other process to which the defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee defendant, Budget Bicycle Center, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives it rights to answer and be heard in this matter and any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The defendant, Dean M. Voigt, agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt Collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the defendant, Dean M. Voigt. It is expressly agreed and stipulated to by the parties that the garnishee defendant, Budget Bicycle Center, shall pay into the hands of the Western District of Wisconsin Clerk of Court, $25.00 per pay period for twelve months from the date of this order and, thereafter, shall pay:

1.  Twenty-five percent (25%) of defendant's disposable earnings; or

2.  All amounts of defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a)

To calculate disposable earnings, subtract the following from wages, commissions, and income:
1.  Federal Income Tax
2.  Federal Social Security Tax;
3.  Wisconsin Adjusted Gross Income Tax;
4.  County Option Tax (if any).

8.  The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $4,604.00. The total balance due on the judgment as of January 7, 2009, is $4,329.78 with interest accruing at the legal federal rate. These deductions are to continue until the unpaid balance, plus accruing interest, is fully paid and satisfied.

Checks should be made payable to:
U.S. CLERK OF COURT
and mailed to:
U.S. CLERK OF COURT
P.O. BOX 432
MADISON, WI 53701-0432

9.  This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By: _____
HEIDI L. LUEHRING
Assistant United States Attorney

_____
Dean M. Voigt
Judgment Defendant

_____
Budget Bicycle Center
Garnishee

APPROVED AND SO ORDERED this _28th_ day of _January_, 2009.

_____
BARBARA B. CRABB
United States District Court

Copies to:
Heidi L. Luehring
Assistant United States Attorney

Dean M. Voigt
Judgment Defendant

Budget Bicycle Center
Garnishee Defendant